# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| JERRY WHITE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LISA WALSH, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:20-CV-0306-RCJ-CLB<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO FILE MOTION TO AMEND PLEADINGS**<br><br>[ECF No. 19] |

Before the Court is Plaintiff Jerry White's ("White") motion to extend time to file motion to amend pleadings. (ECF No. 19.) White seeks a sixty-day extension of time to August 24, 2022 to file a motion to amend in this case. (*Id.*) No opposition was filed. Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion. Therefore, White's motion is **GRANTED**. (ECF No. 19.) All other deadlines set forth in the scheduling order shall remain in full force and effect. (ECF No. 15.)

**IT IS SO ORDERED.**

DATED: July 6, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**