UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| JERRY WHITE, | Case No.: 3:20-CV-00306-RCJ-CLB |
| Plaintiff, | ORDER |
| vs. | |
| LISA WALSH, *et al.*, | |
| Defendants. | |

Before the Court is the Report and Recommendation of United States Magistrate Judge (ECF No. 33[1]) entered on February 6, 2023, recommending that the Court grant Defendants' motion for summary judgment (ECF No. 21) and deny White's motion for partial summary judgment (ECF No. 25). No objection to the Report and Recommendation has been filled.

This action was referred to Magistrate Judge Baldwin under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 33) entered on February 6, 2023, should be adopted and accepted.

---

[1] Refers to Court's docket number.

1

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 33) entered on February 6, 2023, is adopted and accepted, and defendants' motion for summary judgment (ECF No. 21) is GRANTED, and White's motion for partial summary judgment (ECF No. 25) is DENIED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment in this matter and close the case.

IT IS SO ORDERED.

DATED THIS 28TH day of February 2023.

_____
ROBERT C. JONES
Senior United States District Judge